## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## AT LOUISVILLE

| | |
|---|---|
| KIMBERLY BLAIR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) CASE NO. 3:15-cv-318-JHM-CHL |
| VICTORY PACKAGING, L.P., | ) ) |
| Defendant. | ) ) ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Kimberly Blair, by and through counsel, and Defendant, Victory Packaging, L.P., by and through counsel, hereby stipulate to dismissal of all claims in this action with prejudice. The parties have reached a resolution agreement that terminates the litigation in full. Each party shall bear her/its own costs.

Respectfully submitted,

/s/ Krista A. Willike
Andrew Dutkanych
Krista A. Willike
BIESECKER, DUTKANYCH & MACER
101 N. Seventh Street
Louisville, Kentucky 40202
*Counsel for Plaintiff*

/s/ Amanda Couture
Amanda Couture
OGLETREE, DEAKINS, NASH
SMOAK & STEWART, P.C.
111 Monument Circle, Suite 4600
Indianapolis, IN 46204
Amanda.couture@ogletreedeakins.com

Dated 6/15/16.